PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  MG-F-04-2196** |
| ) | |
| **Mary A. Dixon** ) | |
| ) | |

On November 8, 2004, the above-named was placed on Limited Supervised Probation for a period of two years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/Bruce A. Vasquez

Bruce A. Vasquez
**Supervising United States Probation Officer**

Dated:    November 16, 2005
          Fresno, California
          BAV

Rev. 03/2005
PROB35.MRG

**Re:   DIXON, Mary A.
Docket Number:   MG-F-04-2196
<u>ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE</u>**

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| December 13, 2005 | /s/ Dennis L. Beck |
|---|---|
| **Date** | DENNIS L. BECK |
|  | **United States Magistrate Judge** |

BAV
Attachment:   Recommendation
cc:   United States Attorney's Office
     FLU Unit, AUSA's Office
     Fiscal Clerk, Clerk's Office